**DISMISS; and Opinion Filed September 12, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01068-CR

**DAEVEION DEMONTE MANGUM, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-45694-T**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Fillmore, and Justice Brown
Opinion by Justice Fillmore

Appellant has filed a motion to withdraw his appeal. Appellant's counsel has approved

the motion, and appellant has signed the motion. *See* TEX. R. APP. P. 42.2(a).

The Court grants the motion and orders that the appeal be dismissed and this decision be

certified below for observance.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

161068F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DAEVEION DEMONTE MANGUM,
Appellant

No. 05-16-01068-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-45694-T.
Opinion delivered by Justice Fillmore, Chief
Justice Wright and Justice Brown
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 12th day of September, 2016.